UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re:  TIMOTHY M. BRATKO        §        Case No. 10-74944
       SANDRA N. BRATKO         §
                                §
            Debtors             §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 10/04/2010.

2) The plan was confirmed on 01/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/23/2011.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,045.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 13,876.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 13,876.00 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 820.55 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,320.55 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ATTORNEY GARY C FLANDERS | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Sec | 42,000.00 | 55,640.51 | 0.00 | 0.00 | 0.00 |
| JARED JEWELERS | Sec | 600.00 | 600.00 | 600.00 | 600.00 | 22.47 |
| TURNER ACCEPTANCE CORP | Sec | 3,900.00 | 4,988.20 | 3,900.00 | 3,350.31 | 249.69 |
| TURNER ACCEPTANCE CORP | Uns | 0.00 | 0.00 | 1,088.20 | 0.00 | 0.00 |
| ADT/DEFENDER SECURITY | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED CHIROPRACTIC | Uns | 400.00 | 403.18 | 403.18 | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOC. | Uns | 154.00 | NA | NA | 0.00 | 0.00 |
| APPROVED COMFORT | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE | Uns | 24,000.00 | NA | NA | 0.00 | 0.00 |
| BEN GORDON CENTER | Uns | 22.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL | Uns | 2,440.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY | Uns | 2,400.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUAPGE HOSPTIAL | Uns | 1,800.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Uns | 330.00 | 317.51 | 317.51 | 0.00 | 0.00 |
| CHASE | Uns | 2,360.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE BANK | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE LLC | Uns | 9,200.00 | 9,267.21 | 9,267.21 | 0.00 | 0.00 |
| CITIBANK | Uns | 1,300.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF GENOA | Uns | 190.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD | Uns | 1,300.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,000.00 | 1,612.46 | 1,612.46 | 0.00 | 0.00 |
| CREATIVE THERAPEUTICS LTD | Uns | 890.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LP | Uns | 2,650.00 | 2,643.79 | 2,643.79 | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| DR ALLOWAYE | Uns | 1,000.00 | 695.00 | 695.00 | 0.00 | 0.00 |
| DR. LELZIA | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG | Uns | 740.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 1,450.00 | 448.25 | 0.00 | 0.00 | 0.00 |
| FOREMOST INSURANCE COMPANY | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| HARLEM FURNITURE | Uns | 5,700.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Uns | 2,620.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK/MENARDS | Uns | 1,650.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD CREDIT SERVICES | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD CREDIT SERVICES | Uns | 1,100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 600.00 | 683.98 | 683.98 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,300.00 | 1,958.49 | 1,958.49 | 0.00 | 0.00 |
| HSBC | Uns | 2,600.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,750.00 | 2,753.23 | 2,753.23 | 0.00 | 0.00 |
| HSBC | Uns | 990.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF RONALD | Uns | 4,500.00 | 2,279.95 | 2,279.95 | 0.00 | 0.00 |
| MACY'S | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| MARK FORRESTAL MD | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,700.00 | 2,618.35 | 2,618.35 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,950.00 | 1,865.41 | 1,865.41 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 2,900.00 | 2,503.38 | 2,503.38 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,300.00 | 1,812.57 | 1,812.57 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NICOR GAS | Uns | 5,650.00 | 6,984.52 | 6,984.52 | 0.00 | 0.00 |
| PRAIRIE POINT OBGYN | Uns | 780.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 2,300.00 | 585.20 | 585.20 | 0.00 | 0.00 |
| STORES NATIONAL BANK | Uns | 7,650.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 470.00 | 473.84 | 473.84 | 0.00 | 0.00 |
| UMESH GOSWAMI, MD | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| UNITED AUTO INSURANCE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 620.00 | 623.40 | 623.40 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 1,830.00 | 2,334.13 | 2,334.13 | 0.00 | 0.00 |
| VISA/DSNB | Uns | 7,650.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA% BAC | Sec | 42,000.00 | 55,640.51 | 55,640.51 | 5,332.98 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 7,202.70 | 7,202.70 | 0.00 | 0.00 |
| TD AUTO FINANCE, LLC. | Uns | 0.00 | 9,267.21 | 0.00 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 0.00 | 102.13 | 102.13 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 2,293.36 | 2,293.36 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 2,351.11 | 2,351.11 | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 0.00 | 90.54 | 90.54 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 3,900.00 | $ 3,350.31 | $ 249.69 |
| All Other Secured | $ 56,240.51 | $ 5,932.98 | $ 22.47 |
| **TOTAL SECURED:** | $ 60,140.51 | $ 9,283.29 | $ 272.16 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 55,543.64 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,320.55 | |
| Disbursements to Creditors | $ 9,555.45 | |
| **TOTAL DISBURSEMENTS:** | | $ 13,876.00 |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  12/23/2011         By:  /s/ Lydia S. Meyer
                                                                Trustee

**STATEMENT:**     This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)